# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 30, 2016

MEMO TO COUNSEL RE:   Craig Hoyt v. Payne's Parking Designs, Inc.
Civil No. JFM-15-2246

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for partial summary judgment.

The motion (document 26) is granted. I am satisfied that regardless of the fact of whether defendant Payne's Parking Designs waived defendant Davidson into the oncoming lane of traffic, defendant Davidson was negligent in entering the oncoming lane of traffic where he had a head-on collision with plaintiff.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge